# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SOUZA,<br><br>         Plaintiff,<br><br>v.<br><br>JAMES T. HARTNETT; PAUL CRIDEN; BLAS SERRANO; MICHAEL CAIN; NORA RILEY; GERI SMITH; the Hon. JAMES S. GWIN; DONALD LASTER; DURAN BANNER; VICTORIA WEBSTER; ROGER WILLIAMS; and FIDELITY ASSET MANAGER 50% FUND,<br><br>         Defendants. | Case No.: 3:17-cv-01565-H-JMA<br><br>**ORDER DISMISSING COMPLAINT FOR IMPROPER VENUE** |

On August 3, 2017, Plaintiff Martin Souza filed a pro se complaint for damages against several federal officers and employees. (Doc. No. 1.) On December 1, 2017, the Court ordered Plaintiff to show cause why the case should not be dismissed for failure to effectuate timely service of process. (Doc. No. 2.) See Civil Local Rule 4.1(b). On December 13, 2017, the Court also ordered Plaintiff to show cause why the case should not be dismissed for improper venue. (Doc. No. 3.) The Court held a show-cause hearing on January 8, 2018, which Plaintiff attended.

"A civil action in which a defendant is an officer or employee of the United States or any agency thereof acting in his official capacity or under color of legal authority . . .

may . . . be brought in any judicial district in which (A) a defendant in the action resides, (B) a substantial part of the events or omissions giving rise to the claim occurred . . . or (C) the plaintiff resides if no real property is involved in the action." 28 U.S.C. § 1391(e)(1). Plaintiff's complaint does not allege that Defendants committed any wrongful action within this District. Moreover, none of the Defendants apparently reside in this District. Finally, Plaintiff admits that he lives in San Jacinto, Riverside County, California, which is located in the Central District of California. (Doc. No. 1.) See 28 U.S.C. § 84(c)(1).

The Court accordingly dismisses this action for improper venue.

**IT IS SO ORDERED.**

DATED: January 8, 2018

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT